*13-2731-cv*
*Gortat v. Capala Brothers, Inc.,*

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

# SUMMARY ORDER

RULINGS BY SUMMARY ORDER DO NOT HAVE PRECEDENTIAL EFFECT. CITATION TO A SUMMARY ORDER FILED ON OR AFTER JANUARY 1, 2007, IS PERMITTED AND IS GOVERNED BY FEDERAL RULE OF APPELLATE PROCEDURE 32.1 AND THIS COURT'S LOCAL RULE 32.1.1. WHEN CITING A SUMMARY ORDER IN A DOCUMENT FILED WITH THIS COURT, A PARTY MUST CITE EITHER THE FEDERAL APPENDIX OR AN ELECTRONIC DATABASE (WITH THE NOTATION "SUMMARY ORDER"). A PARTY CITING TO A SUMMARY ORDER MUST SERVE A COPY OF IT ON ANY PARTY NOT REPRESENTED BY COUNSEL.

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 10th day of June, two thousand fourteen.

Present:
> BARRINGTON D. PARKER,
> DEBRA ANN LIVINGSTON,
> CHRISTOPHER F. DRONEY,
>
> *Circuit Judges.*

_____

MIROSLAW GORTAT, HENRYK BIENKOWSKI, GRZEGORZ DRELICH, MIROSLAW FILIPKOWSKI, ARTUR LAPINSKI, JAN SWALTEK, on behalf of themselves and on behalf of all others similarly situated,

> *Plaintiffs-Counter-Defendants-*
> *Appellees,*                                    13-2731-cv

ARTUR KOSIOREK, HENRYK STOKLOSA,

> *Plaintiffs-Appellees,*

> v.

CAPALA BROTHERS, INC., PAWEL CAPALA, ROBERT CAPALA,

*Defendants-Counter-Claimants-Appellant*s,

FELIPE (PHILLIP) E. ORNER,

*Appellant*.

_____

ROBERT WISNIEWSKI, Esq., New York, New York, *for Appellees*.

FELIPE (PHILLIP) E. ORNER, Esq., Flushing, New York, *for Appellants* and *pro se*.

Appeal from orders and judgment of the United States District Court for the Eastern District of New York (Glasser, *J.*).

**UPON DUE CONSIDERATION, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the judgment of the district court is **AFFIRMED**.

Following six years of litigation over unpaid wages under the Fair Labor Standards Act of 1938, 29 U.S.C. § 201 *et seq.*, and New York law, Appellees prevailed following a two-week jury trial on each of their claims, as well as counterclaims asserted against them. Appellants Capala Brothers, Inc., Pawel Capala, and Robert Capala now appeal a host of orders and decisions issued before, during, and after trial, as well as the judgment entered by the District Court. For substantially the same reasons as the District Court below, we affirm the District Court's orders and judgment on appeal. Appellant Felipe Orner also appeals an order of the district court imposing sanctions upon him. Again, for substantially the same reasons as the District Court below, we affirm the District Court's order as to Orner. We have considered all of Appellants' remaining arguments – including their challenge to the district court's impartiality – and have found them to be waived

2

or without merit. Accordingly, the judgment of the District Court and the order as to Orner are

**AFFIRMED**.

                                        FOR THE COURT:
                                        Catherine O'Hagan Wolfe, Clerk